# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 12-00269LEK-KSC |
| CASE NAME: | State of Hawaii, ex. rel. David M. Louie, Attorney General vs. Discover Financial Services, Inc., et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 03/10/2014 | TIME: | |

COURT ACTION:  EO: This Court is in receipt of Plaintiff State of Hawaii, ex. Rel. David M. Louie, Attorney General's (Plaintiff") letter of March 7, 2014 regarding dismissal of certain defendants.  The Court is in agreement with Plaintiff's assessment and proposed dismissal pursuant to Rule 41(a)(1)(A)(I).

Submitted by: Warren N. Nakamura, Courtroom Manager