Of Counsel:
CRONIN, FRIED, SEKIYA,
  KEKINA & FAIRBANKS
L. RICHARD FRIED, JR.   0764-0
PATRICK F. McTERNAN     4269-0
600 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-1433
Attorneys for Plaintiff

BARON & BUDD, P.C.
S. ANN SAUCER, ESQ. (*Pro Hac Vice*)
3102 Oak Lawn Ave., Suite 1100
Dallas, Texas 75219-4281
Telephone:  (214) 521-3605

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STATE OF HAWAII, *EX. REL.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>Plaintiff,<br><br>vs.<br><br>DISCOVER FINANCIAL SERVICES, INC., DISCOVER BANK, DFS SERVICES, L.L.C., ASSURANT, INC., and DOE DEFENDANTS 1-20,<br><br>Defendants. | CIVIL NO. 12-00269 LEK-KSC<br>(Other Non-Vehicle Tort)<br><br>PLAINTIFF'S NOTICE OF DISMISSAL OF ALL CLAIMS AND ALL PARTIES IN CIVIL NO. 12-00269 LEK-KSC WITH PREJUDICE<br><br><br>No trial date has been set. |

PLAINTIFF'S NOTICE OF DISMISSAL OF ALL CLAIMS AND ALL PARTIES IN CIVIL NO. 12-00269 LEK-KSC WITH PREJUDICE

COMES NOW Plaintiff STATE OF HAWAII, *EX. REL.* DAVID M. LOUIE, ATTORNEY GENERAL, by and through its attorneys, and hereby

dismisses with prejudice all claims and all parties in this action only, Civil No. 12-00269 LEK-KSC, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorney's fees.

As required by Rule 41(a)(1)(A)(i), Fed. R. Civ. P., no answer or motion for summary judgment has been filed in this action.

There are no remaining claims or parties.

DATED: Honolulu, Hawaii, March 10, 2014.

_____
L. RICHARD FRIED, JR.
PATRICK F. MCTERNAN
Attorneys for Plaintiff